AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Derrick Shelton

       Plaintiff(s)       )   **APPEARANCE**

       vs.       )   CASE NUMBER   07-CV-0933

Maya Angelou Public Charter School

       Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Paul S. Dalton  as counsel in this
(Attorney's Name)

case for: Maya Angelou Public Charter School, Defendant
(Name of party or parties)

June 1, 2007
Date

*(Signature)*

Paul S. Dalton
Print Name

439118
BAR IDENTIFICATION

1008 Pendleton Street
Address

Alexandria, VA    22314
City   State   Zip Code

703-739-4300
Phone Number