## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DERRICK SHELTON                          :
                                         :
          Plaintiff                      :
                                         :
          v.                             :   **Civil Action No.  07-933 ( CKK)**
                                         :
MAYA ANGELOU PUBLIC                      :
     CHARTER SCHOOL                       :
                                         :
     Defendant.                          :
_____          :

### STATUS REPORT PURSUANT TO COURT'S ORDER

COMES NOW, the Defendant, by and through counsel, and pursuant to the Court's Minute Order issued on May 22, 2007, hereby updates the Court on the status of the TRO / PI.

On May 22, 2007, the Court held a teleconference with both parties regarding the TRO / PI filed by the Plaintiff on May 21, 2007.  In the teleconference, counsel for the Plaintiff indicated that the Plaintiff was seeking a multi-disciplinary team ("MDT") meeting and for the Defendant to participate in that meeting pursuant to the Hearing Officer's Decision ("HOD") issued on April 5, 2007.  Counsel for the Defendant informed the Court that the Defendant had appealed that HOD (docketed as civil action number 07-942), but that the Defendant would participate in an MDT meeting.

The MDT meeting convened on May 31, 2007.  The meeting notes are attached hereto. In attendance at the meeting were representatives from the District of Columbia Public Schools ("DCPS"), teachers and representatives of Maya Angelou Public Charter School ("MAPCS"), and the Plaintiff with his father, his attorney, and his advocate.  At the meeting, the parties agreed as follows:

1.      DCPS will conduct a comprehensive psychological with educational testing.

2.      DCPS will conduct the FBA and MAPCS will participate in developing it.

3.      MAPCS will extend the tutoring to 5 hours per week (2.5 hours for 2 days per week) and will extend the time that Mr. Shelton has to complete his assignments until August 3, 2007.  The tutoring will continue until August 3, 2007.  Mr. Shelton must turn in all outstanding assignments by August 3, 2007 in order to get credit for this school year.  MAPCS will provide Mr. Shelton and his counsel with progress reports indicating what assignments are outstanding.

4.      Ms. Gambale, the attorney for Mr. Shelton, indicated she wanted 6 months of compensatory education, but did not have a plan to propose.  Thus, DCPS and MAPCS asked that the Plaintiff submit a proposed compensatory education plan to Mr. Dalton's office by close of business on June 15, 2007.  MAPCS will then respond to the proposed plan.

5.      DCPS will convene an IEP meeting after the evaluations are completed to review them, develop and revise the IEP, & determine placement for the 2007-2008 school year.  DCPS will invite MAPCS to this meeting and MAPCS will participate in the meeting.  At that time, the team will also discuss whether an updated vocational assessment is necessary.

After the meeting adjourned, counsel for the Defendant contacted Ms. Neloms, counsel for the Plaintiff, to determine the status of the TRO / PI.  Since Ms. Neloms had indicated at the teleconference that she was seeking for MAPCS to attend and participate in an MDT meeting to discuss the issues in the April 5, 2007 HOD, and those issues were discussed at the MDT

meeting, the Defendant presumed that the TRO / PI was resolved. Counsel for the Plaintiff, however, indicated that while the meeting was productive, the issues remain unresolved. Counsel for the Plaintiff did not indicate what remained unresolved or how the issues could be resolved.

The Defendant complied with the request of this Court and the Plaintiff by participating in the MDT meeting on May 31, 2007.  The issues discussed at the meeting were those outlined in the April 5, 2007 HOD.  While the Defendant is currently appealing the HOD, the Defendant agreed at the meeting to increase the tutoring sessions for the Plaintiff and extend the school year so that the Plaintiff could turn in his work no later than August 3, 2007 in order to get full credit for the current school year.

At this time, the Defendant has complied with the requests in the TRO / PI, and will continue to provide five hours per week of tutoring to the Plaintiff.  Thus, the Defendant respectfully requests that this Court dismiss the TRO / PI.

Respectfully submitted,
_____/s/_____
Paul S. Dalton, Esq
D.C. Bar No. 439118
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300 (ph)
(703) 739-2323 (fax)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was filed electronically
on this 4th day of June, 2007.


_____
/s/
Paul S. Dalton, Esq.
Counsel for Defendant

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT |

MDT REFERRAL DATE: _____

STUDENT: **Derrick Shelton**    SCHOOL: **Maya Angelou PCS**    DATE: **5/31/07**

| PARTICIPANTS (Print Name) | PARTICIPANTS (Sign Name) | POSITION |
|---|---|---|
| Derrick Shelton | | father |
| Derrick Shelton | | Student |
| Roberta Gonzalez | | Student's Attorney |
| Peggy C. Engler, Ph.D. | Peggy L. Engler | DCPS placement monitor SES |
| Arlete Fleet | Ava Fleet | |
| Ms. West | via telephone | General Education teacher |
| Lisa Watkins | Lisa Watkins | Special Ed. teacher |
| Michael Lusern | | Dir of Sped MAYA |
| Jessica Smith | Jessica Smith | cotty Maya Angelou |
| Corey Hamilton | Corey H | Advocate - note taker |

The purpose of this meeting is to review Derricks IEP
and discuss school placement for 2007-2008 school
year. All participants were invited to attend this
meeting through DCPS, Office of Special Education.
The current IEP was reviewed and discussed.
His IEP dated 3/16/2006 - Special Education and
Related Services Summary included the following
hours: Counseling    1 hour and 30 minutes
      Advisory       1 hour and 55 minutes
      Consultation   1 hour
_____
Total       4 hours 25 minutes

A verbal description of the curriculum at Maya Angelou
PCS was provided by Maya Angelou staff.
The explanation given, indicated Derrick ~~has~~
participated in a meeting to discuss his

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, DC**

MDT REFERRAL DATE: _____     PAGE 2 OF ____

**CONTINUATION MEEDTING NOTES (IEP)**
**MEETING TYPE:** _____

STUDENT: _____ SCHOOL: _____ DATE: _____

academic performance. It was recommended and agreed upon, by Derrick and the MDT team his current IEP would reflect Advisory/Consultation services. However, from Nov 2005 through the remainder of the school year, Derrick's grades reflected he was failing. For the 05-06 school, the 1st quarter reflected the following:

Algebra II/Trig    B
AM LIT             B+
LIT BLOCK          B
Read 180           C
US History         D
Visual Arts        B-

Quarters 2nd, 3rd, & 4th reflect the following:

Algebra II/Trig    F  F  D  D  D  D
AM LIT             F, D, F, F, F, F
LIT Block          F
US History         F  D  D  D  D

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, DC**

MDT REFERRAL DATE: _____          PAGE 3 OF ____

CONTINUATION MEEDTING NOTES (IEP)
MEETING TYPE: _____

STUDENT: _____     SCHOOL: _____     DATE: _____

The following recommendation for assessments are as follows:

A Comprehension Psychoeducational, and a Functional Behavioral Assessment will be completed and funded by DCPS. Maya Angelou PCS staff will participate in completing the functional behavioral assessment by completing forms, answering questions pertaining to Derrick's behavior and provide any other information necessary in completing the functional behavioral assessment. Vocational assessment was completed on 11/2004. It is the consensus of the MDT, that upon review of the results of the psychoeducational, functional behavioral assessment, and a review of his current transcript discussion about completing a vocational assessment will occur.

A discussion about tutoring services occurred. The consensus of the MDT team is

that Derrick will receive 5 hours of tutoring per week, beginning the week of

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, DC**

MDT REFERRAL DATE: _____

PAGE 4 OF _____

**CONTINUATION MEEDDING NOTES (IEP)**
**MEETING TYPE:** _____

STUDENT: _____    SCHOOL: _____    DATE: _____

June 4, 2007. This will consists of 2 sessions for 2.5 hours per week. The tutoring days will be on Wednesdays & Fridays. Maya Angelou PCS will extend the tutoring services beyond June 22 to August 3, 2007.

Compensatory ~~was~~ educational services were discussed. Parent and attorney would like 6 months of compensatory educational services in the form of one to one tutoring, ~~and~~ counseling and vocational services. DCPS ~~is~~ ~~requesting~~ and Maya Angelou PCS is requesting a ~~comp~~ proposal of the compensatory education plan be submitted ~~to~~ Maya Angelou PCS by close of business June 15, 2007.

Parent and attorney are requesting the right to amend the compensatory educational plan, upon review of the evaluations.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS          DIVISION OF SPECIAL EDUCATION          APPENDIX A

Page 5

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
**(MDT)**
MEETING NOTES

MDT

MDT REFERRAL DATE: _____

STUDENT: _____     SCHOOL: _____     DATE: _____

PARTICIPANTS: (Print Name)          PARTICIPANTS: (Sign Name)          POSITION

_____          _____          _____
_____          _____          _____
_____          _____          _____
_____          _____          _____
_____          _____          _____
_____          _____          _____
_____          _____          _____
_____          _____          _____

Parent, and attorney and DCPS are requesting copies of the interim examination for the 4th quarter of this school year be submitted to their offices by the close of business, Monday June 4, 2007.

Parent and attorney are requesting progress reports for Derrick's academic performance. Ms West Derrick's tutor will provide Parent & attorney with bi-weekly progress reports to include progress made beginning January 2007 through Aug 3, 2007.

The first progress report will be provided to parent and attorney, covering the

timeframe of Jan 2007 through May 31, 2007

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, DC**

MDT REFERRAL DATE: _____          PAGE _6_ OF ____

CONTINUATION MEEDTING NOTES (IEP)
MEETING TYPE: _____

STUDENT: _____     SCHOOL: _____     DATE: _____

by close of business, on Monday June 4, 2007.
Maya Angelou PCS will provide parent
and attorney with an Official Transcript
of Derrick's grades, to cover Quarters
2 & 3, by Friday June 22, 2007.
Parent & Attorney are requesting a
list of outstanding assignments that
Derrick needs to complete. This information
will be part of the progress report
to be provided to parent & attorney on
Monday June 4, 2007.
     A MDT meeting will be scheduled
upon the receipt of the last evaluation
to review the evaluations, revise the IEP
and discuss school placement for 2007-
2008 school year.
     Meeting is adjourned _____

DISTRICT OF COLUMBIA PUBLIC SCHOOLS          DIVISION OF SPECIAL EDUCATION          APPENDIX A

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, DC**

MDT REFERRAL DATE: _____          PAGE 7 OF ____

CONTINUATION MEEDTING NOTES (IEP)
MEETING TYPE: _____

STUDENT: Derrick Shelton  SCHOOL: Maya Angelou  DATE: 5/31/07

The student signed a consent to evaluate form in order for DCPS to complete the evaluations. A Student Evaluation Plan (SEP) was also completed and signed by members of the Multidisciplinary Team.

A copy of the procedural manual was provided to the student.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS          DIVISION OF SPECIAL EDUCATION          APPENDIX A

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
DIVISION OF SPECIAL EDUCATION
WASHINGTON, D.C.

**MULTIDISCIPLINARY TEAM
(MDT)
STUDENT EVALUATION PLAN
(SEP)**

| MDT |
|-----|
| SEP |

MDT REFERRAL DATE _____          MEETING DATE: **5/31/07**

STUDENT **Derrick Shelton**    DOB **3/8/1988**  AGE **19** GRADE **11** SCHOOL **Maya Angelou**

STUDENT IDENTIFICATION NUMBER _____    TEACHER / HOMEROOM _____

ADDRESS **125 Franklin St    NE  M-13   WDC   20002**

Street #      Street Name      Quadrant    Apartment #    City,      State,      Zip Code

PARENT(S)/GUARDIAN **Derrick Shelton**    TELEPHONE (H): **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** (W) **787-8342**
                                                                        **787-8342**

**Summarize Area(s) of Concern:**

| Students 3 year evaluation has experi |
|---|

**Team Recommendations:**

| MDT recommends a comprehensive psychologist to evaluate students current Cognitive, educational and social emotional level/performance. FBA recommended to assess students behavior |
|---|

**EVALUATION(S) IN AREA(S) OF LEARNING CONCERN(S)**

| ASSESSMENT | ASSESSOR | TEST INSTRUMENT | TIMELINE |  |
|---|---|---|---|---|
| | | | ASSIGNED | DUE DATE |
| ☒ Psychological | To be determined | To Be Determined | | |
| ☐ Speech/Language | | | | |
| ☐ Social History | | | | |
| ☐ Audiological | | | | |
| ☐ Vision Screening | | | | |
| ☐ Medical | | | | |
| ☒ Educational | // | // | | |
| ☐ Hearing Screening | | | | |
| ☒ Other  Other: | FBA, Social-emotional assessment | Other: | | |

| TEAM MEMBERS: | NAME | POSITION | TEAM MEMBERS: | NAME | POSITION |
|---|---|---|---|---|---|
| | _____ SES | | | | Advocate |
| | _____ Student's Attorney | | | | MAPCS atty |
| | _____ | | | | |
| | Michael Luseny   Dir. of Special  MAPCS | | | | |
| | Derrick _____ | | | | father |

The MDT meeting to discuss the evaluation results is scheduled on _____ at _____ in room _____

**Place completed form in MDT folder.**

MDT

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

CONSENT FOR EVALUATION - INITIAL OR REEVALUATION
(*CHECK ONE ONLY - INITIAL OR REEVALUATION)

**I.    INITIAL EVALUATION CONSENT**  ☐

As a result of the review of the screening information at the MDT meeting on ___5/31/07___
it was determined in a MDT meeting that your child, _____
is in need of a full and individual evaluation to assist us in developing the most appropriate educational
program. You have been provided a copy of the "Procedural Safeguards - Parental Rights" booklet. We
would like to remind you at this time that:
- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all
  necessary action to provide an appropriate program and may be required to initiate due
  process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) in Section 111.

**II.    REEVALUATION**  ☒

The MDT received the following request for a reevaluation for _Derrick Shelton_
by /for a:   ☐ **parent request**   ☐ **teacher request**   ☒ **3 year reevaluation**
The MDT will collect supportive documentation in the area of the disability to determine the need for
continued special education and related services. The school is required to only evaluate in those areas of
documented need or consensus of the MDT (parent is a member of team). Parents have the right to
request assessments to determine if the child continues to be a child with a disability. DCPS may
reevaluate your child, without your consent, if the school district can demonstrate that it has taken
reasonable steps to get parental consent and the parent has not responded.
- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all
  necessary action to provide a Free Appropriate Public Education program and may be
  required to initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) on the student
  evaluation plan (SEP) .

**III.    I give permission for District of Columbia Public Schools to proceed with the evaluation(s) based on the
Student Evaluation Plan (attached ) for my child,** _____

Within a reasonable period of time days after completion of the evaluation, we will hold another MDT meeting (to which
you will be invited) to determine if your child is eligible for special education and related services. The written reports of all
procedures administered will be provided to you at that meeting, along with explanations and interpretations. We will use
this information to determine an appropriate program for your child. If records are to be obtained/released as part of
this evaluation, the "Consent for Release of Records" form is completed and attached.
If you have questions or concerns at any time during the evaluation process, feel free to contact me
at _____ (telephone number).

*☐ INITIAL EVALUATION          *☒ REEVALUATION

Parent Response Section:

☒ I agree to the proposed evaluation(s)          ☐ I do NOT agree to the proposed evaluation(s)

_____ ( STUDENT )          ___5-31-07___
Parent/Guardian Signature                                         Date

DCPS    DIVISION OF SPECIAL EDUCATION    07-02-2001    MDT - CONSENT FOR EVALUATION    APPENDIX - A

STATE EDUCATION AGENCY
SPECIAL EDUCATION
DISTRICT OF COLUMBIA PUBLIC SCHOOLS AND CHARTER SCHOOLS
825 North Capitol Street, N.E.
Washington, D.C. 20002-4232

<u>Caring for Our Students with Disabilities</u>
<u>A Procedural Manual for Parents</u>

RECEIPT

I, _Derrick Shelton_____, received a copy of *A Procedural*
     (Parent/Guardian Name)

*Manual for Parents* from _Dr. Peagu L. Peagu_ Title _SEA_____
                              (Person Issuing Document)

at _DCPS_____.
      (School)

_5, 31, 07_
   (Date)

_____
Parent/Guardian Signature

(This receipt is to remain in a designated file in the school.)

7/7/2005

18

p. 1 of 2

5/31/07

<u>Derrick Shelton</u>  —  IEP Meeting  — Maya Angelou's meeting notes addendum

A meeting was previously scheduled for May 3rd 2007. The 5/3/07 meeting did not go forward because Dr. Peagler, DCPS, was out of work for medical reasons.

Maya Angelou has been providing and offering tutoring for Derrick since December 2006. Maya Angelou has had this service available ~~and~~ from 12/2006 until the present time. Derrick has participated in the tutoring sporadically.

DCPS will conduct the FBA. Maya Angelou will participate in assisting DCPS to complete ~~the~~ FBA. DCPS will conduct a comprehensive psych. eval.

Maya Angelou will ~~pr~~ give Derrick until June 22, 2007 to turn in assignments in order to receive credit for this school year. MAPCS will extend the time to turn in work and complete assignments and provide tutoring until August 3, 2007. Maya Angelou will increase the hours of tutoring to 5 hours per week — 2 days per week for 2.5 hours — ~~to~~ give more time to complete assignments.

5/31/07    Derrick Shelton - IEP meeting                    p. 2 of 2
                  Maya Angelou meeting notes addendum

    Compensatory Education was discussed.
Ms. Gambale asked for 6 months of
comp. ed. in form of 1-to-1 tutoring,
counseling and vocational services.
MAPCS + DCPS are requesting Ms. Gambale
provide a proposal for comp. ed. plan by
COB June 15, 2007. Once received, MAPCS
will respond to the student's proposed plan.

    Maya Angelou's position on comp ed is that
comp. ed is not warranted since tutoring has
been available since 12/2007. MAPCS will,
however, review the ~~pas~~ student's comp. ed.
proposal plan and will respond. MAPCS
requested Ms. Gambale to submit comp. ed.
proposal to MAPCS's attorney's office via fax
at 703-739-2323
    All parties were in agreement.

                    Jessica M. Smit
                    counsel for MAPCS

**Derrick Shelton Meeting Notes**  ( Student's Attorney's Notes )
**Date- 5/31/07**

Issues: 1) FBA/IBP; 2) graduation requirement/transition; 3) IEP; 4) placement 5)
Compensatory Education

PARTICIPANTS    STUDENT ; Dr Peagler, Special Education teacher,
MR Luseni - SEC, Student's Attorney, Reg. Education
teacher participated via telephone.

Attorney addressed issues to be addressed
For Derrick.

INTRODUCTION  Student + Attorney asked to    Specialist
SIGN ATTEND OF MEETING
2 OTHER PEOPLE TO JOIN US. SPEC Ed
From school. and Corey Hamilton - Advocate Arrive
before meeting BEGAN.)
ASSESSMENTS And IEP have expired NOW
and Need to be addressed DATE OF LAST
IEP  3-16-06

Reviewed goals from 3-16-06 IEP
Dr. ? asked how IEP goals were being
implemented in 4.25min Services on IEP)

There was a 2005 IEP that Dr. Luseni
Referred to but did Not have
a copy. nor was a copy provided
to DCPS or Attorney For Student.
Luseni alleged that Derrick in
inclusion setting At MARCS

PSI of E

Services were Reduced According to
Luseni based on Consultation with
Student and Parent.
Reviewed grades From 05-06  did well
1st Semester But Failed Rest of School
Year.
06/07 - Start of SY.  A+B in all Subjects
but Transition - earned D.

Derrick → Always does good First Quarter But
then loses Focus.  going to school every day

West- Reg ed teacher → confirms his difficult
maintaining focus.  often Altercations w
instructors and suspended.  Needs
redirection constantly.

D's Attorney- Redirection should be included in
program.
After Reduction of services DS Failed
numerous classes and declined academics
According to Dr. Luseni only thing
done was to talk to Derrick.

Assessments:
DCPS- Noted PE expired.  DCPS willing
to complete  Psycho-Educational Evaluation
MADCS agrees that P.E. evaluation
Needs to be completed.  Attorney
requesting comprehensive psychological
AND FBA

Page 2 of 8
School: MR Luseni - Not doing FBA because

to do FBA.

Attorney- teacher has STATED history of suspensions and conflicts w instruct According to D.S. suspended 9 times first year. This current year Suspended 7 times. Suspending him not giving PAPER WORK only 4 suspension documented.

SES- some of behaviors impacting D.S. Behaviors are impacting ability think! he should have FBA. DCPS NOT IN POSITION TO DO FBA because last Attended MAPCS. NEED MAPCS to participate in FBA because DCPS Not worked WITH Him MAPC has teachers and data Available.

LUSENI - will PARTICIPATE IN FBA but because they are appealing will NOT conduct one

Dr. P- if DCPS funds FBA they will PARTICIPATE. DCPS Agreeing to compute FBA. ~~XXXXX~~ DCPS asking MAPCS will PARTICIPATE IN COMPLETION FBA. Attorney he MAPCSD will PARTICIPATE pg 3 of 8

VOCATIONAL conducted FALL 2004 - Question About whether IT NEEDS TO BE UPDATED

NOT including this SY EARNED 14.34. Credits FOR this SY have Not been established.

Attorney MAPCS - willing to update REPORT CARD SO he can COMPLETE credits.

MAPCS will give him till the end of SY. JUNE 22nd. Must Attend tutoring. turn in WORK 3 hours A week being provided tutoring. only working with MATH, HISTORY, & ENGLISH. Sometimes Tutor doesn't get work from teachers Because Not here. Sometimes he is lost. He completes what he CAN. NEEDS TO READ BOOK Completed All assignments Algebra, has grade 87

WHETHER THAT WILL Give D.S. enough time was discussed - extending time for D.S. to submit work packets Giving him 3 additional weeks must

July 13, 2007 PROPOSED       SES Requested
provide him till August when Summer
School ends.
Teacher Recommending more time than 3 week
Summer School ends     Aug. 3. 2007.
~~xxxxxxxxxx~~

Student ASKING FOR more tutering
hours

Tutor / reg education teacher addressing
hours of tutoring    Recommend 5 6 hours
2 sessions    x    3 hours   week.
SUGGESTED     ⊗     MAPCS. agreeing
to provide   2.5 hours   2 times week.
Days   to be   determined   Wed and
Friday   works   for   D.S.  + tuter.
Won't   be   Available   on this FRIDAY.
Tutoring will   occur   through   Aug. 3, 07
D.S. Not agreeing   that   is   sufficient
but   willing   to   PARTICIPATE.

Compensatory Education   issue   raised
DS + Attorney   would   like   compensation
to make   up   for   services   missed
6 months   1-1 tutoring   + counseling +

~~Capped~~ 1

D.S asking number of hours
be determined based on New
testing. ~~MAPCS~~ MAPCS
DCPS asking for proposed comp'ed
plan ~~too~~ within two weeks
by (June 15, 2007) D.S. Reserving
Right to modify based on Result
of New Psychological evaluations.

DS also asking that mid terms
Assessments be Provided to
counsel for STUDENT. By
Close of Business → Monday
June 4, 2007.

C.H. asking for Progress reports
From Tutor. Tutor agreeing
to provide that bi-weekly.
Also asking for comprehensive
Progress Report To date. Tutor
agreeing to provide updated
progress report. To include
progress made beginning JAN. 2007
Through Aus. 3. First progress report

Monday June 4, 2007. Will Fax it to
D.S.'s attorney + mail to student.
According to teacher/ tutor should have
2nd quarter grades, so that report
CARD Through 2nd quater should
be able to be updated.
Asked Lucein - how soon would
it take to update grades
through 3rd Quarter. Will provide
updated TRANSCRIPT by June 27, 2007

Attorney + D.S. asking list of OUTSTANDING
Assignments that DS Needs to
complete S.Y. According to tutor
that will be provided by Monday
June 11. 2007.
DCPS will complete evals within 30 days
An MDT will be scheduled ~~~~~
upon completion of evaluations.
~~~ DCPS committing to complet this
within 45 days. MAPCS agreeing
to PARTICIPATE in NEXT MDT/IEP
meeting.
pg 7 of 8

According to DCPS MAPCS should be Responsible for drafting IEP. MAPCS not agreeing to do that.

STUDENT Signed CONSENT FOR EVALUATIONS AT THE MEETING AND AN SEP form was completed

FATHER OF D.S. Also Arrived late TO MEET

PS ECt E

front & back

ⓒ 825                              1 of 8

5/31/07    Derrick Shelton
           Maya Angelo Public Charter School

10:30    Dr. Peagler reviewed student outdated
         IEP. which only gave student 4 hours
         She continued to read through all goals.
         Derrick is now 19yrs old.

         Mr. Luseni — when met with Derrick over
           last yrs IEP. stated on most recent
           IEP info was the same as the
           previously drafted IEP in 04/05.
           Stated last IEP made student feel
           like he was stupid. Stated DS will
           work closely with him to help DS to
           self Advocate for himself. Earlier
           this school yr he was in an inclusion
           session.

         SEO: were any assessments done to
           go in and change the student's IEP.
           b/c it seems like you just changed
           scores.
         SEC - based off teacher reports, progress reports
           thus 06 SY he was doing really well.
         Dr. P - read off 05/06 report card.
           Student had B, C, D's
           2nd quarter   F, D, D, F.F, A-
           fell the rest of the SY for the 05/06
           SY, so why did you move to a consultation
           basis.

Corey Han

5/31/0-    Derrick Sharton

Derrick — I always re well the first
quater but towards the course
of the year I'm less focused
@ Showing up everyday but
just not focused.

Ms. West = Student does to get distracted
and he's no longer focused. You
have to stay on top of him.
he was in an altercation with
instructor.

Dr. P — first quater past 2 years
does well then down hill from
there.

Dr. P.    From 04/05 Student had F, I's also.
from Nov. 05 — remainder of SY Student
was failing.
- Student is due a new Psycho ed
DCPS is recommending new evaluations
MAYA Angelo, But DCPS will do
evaluation. Maya agrees with DCPS proposal
We are requesting Comp. Psych.

Mr. Leon — Maya Angelo refuses to do the FBA.
RG: teacher stated DS has been
Suspended several times.
DS: has Suspended 9 times
DS has been suspended 7 times

Dad Stated Student has been
Suspended more than 7 times but
School refused to provide documentation

SES - Behaviors are impacting his
academic performance something is
interfering with his academic
therefore, an FBA is warranted.

SEC - if DCPS is willing to do the FBA
then they can go ahead.

SES - MAYA is familiar w/ Student
therefore MAYA should do the FBA
b/c we don't have any info on
Student.

SEC - We agree that we will participate
w/ DCPS but DCPS can fund the
eval.

Dr. Peagler - DCPS will complete the
FBA per DCPS's participation.
Maya angelo will participate in
completing the FBA.

We will reconvene when assessments are
done then discuss placement and
new IEP.

credits toward graduation 14.3 hrs
so far.

SEc     Student will receive credits once
all work sent home is completed.

Derrick received report card with
incompletes.

SEc- stated disregard, has until ~~that~~
June 22 so that the Incompletes
can come off. Student is receiving
3 hours per week of tutoring.

Tutor — Math, Reading & History
not Science.

Advocate so is Student getting grades

Tutor— sometimes don't always get the
work from teachers; is sometimes
lost. He completes what he can
but not always does everything
complete Algebra 2 at (87)
may have gotten a F in English.

5/31/07    Demick Shelton

RG - Student is not always getting
    work so how can he complete work
    if the teachers aren't giving him
    work.
SEC - 3 weeks from the last days of
    School
SES - Stated we give Student more time
    to complete all assignments.
~~Stud~~ SEC - tutoring will continue from
    today till August 3rd.

Discussion of tutorial Services took ~~wice~~
    place but there is a dispute regarding
    the 3 hours per week of tutoring.

tutoring - there are 83 minutes in
    each lesson therefore 4½ to 5
    hours per week.
Dr. P. doubling time to 6 hours.

- tutor = giving him 5 hrs/per week in
    2 day session per week 2.5 hours
    this way he's not so overwhelmed.
    Wed/Friday's are good for Demick.
    Beginning June 4, 2007. Time would be
    extended to August 3rd as deadline.

Derek Shuler

Comp Ed was discussed.
RG = Should receive comp Ed for
    the 16 months he's not been in school
at least 6 months in 1 on 1 tutoring
and counseling, and vocational
assistance.

Dr. Peigler = sent proposal to Maya Angelo
stated how much comp ed the Student
is owed. lets decide on a number
then come back to update
comp Ed plan once eval's are
completed.
Maya Angelo & DCPS — is requesting a
    comp ed proposal of the
    comp ed plan be submitted ~~to~~
    in 2 weeks, added it be amended
once evaluations are completed.
by June 15 2004.
    Parent/Attorney requesting the right
    to amend comp ed plan upon
    ~~receipt~~ review of eval's.
— RG/Parent requested copies of
interim exam    ~~mid term assessment~~. by COB
for the 4th
quarter    Monday.
SES also requested a copy since they will
be conducting the comp psych.

5/31/07    Derrick Shelton

Parent | ~~test~~ Attorney requesting a bi weekly
progress reports for student so that
he is aware of performance. to
also include attendance.

tutoring began in January, therefore
tutoring progress should include info
Ms. West (tutor) Stated will send
first progress report on Monday, June
4, 2007 covering time frame of
Jan 2007 — May 30, 2007, by COB.

Dr. P. How long will it take for
student to receive grades for the
2nd and 3rd quarter.

MAYA will provide Parent/Attorney with
transcript of DS grades by June
22, 2007 last day of school.

Parent/Attorney are requesting a list
of Outstanding assignments that
he needs to complete.
tutor - stated progress report + list
assignments missing by Monday June 4.

An MDT will be schedule upon reciept of
last evaluation. 45 days to review and
discuss placement.

MAYA will be participating in MDT/IEP Meeting.

~~MAYA~~ ~~Stated they~~ ~~interact~~
~~be responsible~~

Student Signed consent form to evaluate and IEP form to complete evaluation