**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DERRICK SHELTON,** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Civil Action No. 07-0933 (CKK)** |
| **MAYA ANGELOU PUBLIC CHARTER** | ) | |
| **SCHOOL,** | ) | |
| **Defendant** | ) | |
| _____ | ) | |

**PLAINTIFF'S STATUS REPORT**

COMES NOW the Plaintiff, through counsel, in accordance with the teleconference held on May 22nd, 2007 at 1:15 p.m. before Judge Kollar-Kotelly, hereby submits following status report concerning the MDT/IEP meeting that was held on May 31, 2007, in regards to the captioned matter. The Plaintiff submits that the May 31st, 2007 meeting is unresolved and respectfully requests that a briefing scheduled be ordered for the foregoing reasons:

1) that by order of an April 5, 2007 Hearing Officer's Determination MAPCS was ordered to convene a MDT/IEP meeting by April 13, 2007.

2) that MAPCS was ordered to develop a functional behavior assessment (FBA) and behavioral implementation plan (BIP); review and revise the student's IEP as appropriate; discuss and determine the student's placement and discuss compensatory education and develop a

compensatory education plan[1] for the time student had not been provided an alternative interim placement decided by the IEP team.

3) That pursuant to the April 5th, 2007 Hearing Officer Determination, the District of Columbia Public School System (DCPS) was ordered to participate in the meeting along with MAPCS.

4) That on April 12, 2007, Mr. Lusieni, MAPCS special education coordinator, informed Roberta Gambale, plainitff's counsel, that the meeting would be canceled after being advised by his counsel that the order would be appealed.

5) That in an April 12, 2007 letter, Roberta Gambale contacted Jessica Smith, associate with Dalton & Dalton and informed her that the filing of an appeal would not act as an automatic stay and further requested that she be advised at how the school wished to proceed.

6) That at no time prior to the filing of the May 21, 2007 complaint and Preliminary Injunction/Temporary Restraining Order did counsel for MAPCS respond to the April 12th, 2007 letter nor did it attempt to comply with the April 5th, 2007 Hearing Officer's Determination.

7) That in the teleconference held on May 22nd, 2007 at 1:15 p.m. before the Honorable Court, Paul Dalton of Dalton, Dalton & Houston stated it would participate in the MDT/IEP meeting and counsel for the Plaintiff

---

[1] As indicated in the April 5, 2007 Hearing Officer's Determination if the parties are not in agreement as to the compensatory education plan, either party may petition the hearing officer for an expedited hearing on this issue.

agreed to forward a copy of confirmation meeting notice and stipulations of items to be discussed at said meeting.

8)    That on May 23rd, 2007, Corey Hamilton, educational advocate, forwarded a copy of the meeting confirmation via fax but got no response.

9)    That on May 24th, 2007 and May 25th, 2007, respectively, counsel for Plaintiff forwarded, via facsimile, a proposed draft of stipulations and a copy of the meeting confirmation.

10)    That via voicemail, Ms. Smith informed counsel for the Plaintiff that it would attend the meeting but would not agree to the stipulations at this time.

11)    That on May 31st, 2007, DCPS, MAPCS and Derrick attended the MDT meeting however, DCPS noted that Derrick's psyscho-educational expired.

12)    That as the meeting progressed Mr. Lusieni, MAPCS special education coordinator, refused to complete the functional behavior assessment indicating that the April 5th, 2007 HOD was being appealed.

13)    That due to MAPCS' refusal to complete the functional behavioral assessment, Dr. Peggy Peagler, DCPS' placement specialist, agreed to complete Derrick's functional behavioral assessment, if MAPCS would participate. See page 14 of 32.

14)    That DCPS further noted it would complete Derrick's psyho-educational but because MAPCS was familiar with the student it had an obligation to review and revise the IEP. See page 20 of 32.

15) That once again, Mr. Lusieni, stated that MAPCS would not agree to review and revise the IEP, but that it would participate in the meeting once DCPS completed the psycho-educational evaluation.

16) That once again, DCPS committed its resources to completing the psycho-educational evaluation and convening an MDT/IEP meeting within forty-five days,(*approximately July 16, 2007*) to review and revise the IEP, discuss and determine placement for the 2007-2008 school year. See page 19 of 32.

17) That MAPCS agreed to increase Derrick's tutoring to five hours a week with an extension of tutorial services until *August 3rd, 2007.*

18) That MAPCS further agreed to allow Derrick until *August 3rd, 2007* to turn in class assignments from January 2006 to August  2007, at which time it agreed to update Derrick's report cards.

19) That MAPCS would provide copies of biweekly and midterm reports regarding Derrick's progress from January 2007 to May 2007 by the close of business *June 4, 2007* to Roberta Gambale.

20) That MAPCS would provide a copy of an official transcript reflecting grades from the second and third quarters by *June 22nd, 2007.*  See page 6 of 32.

21) That as of the close of business June 4th, 2007, Roberta Gambale nor the offices of James E. Brown and Associates received copies of biweekly and midterm reports.

22)     That the issue regarding compensatory education had not been resolved but MAPCS agreed to forward Derrick's IEP progress report cards by **June 4th, 2007**. Roberta Gambale agreed to forward a proposed compensatory education plan by **June 15th, 2007.**

23)     That Derrick has suffered irreparable harm due to MAPCS obvious and continued failure to comply with the April 5th, 2007 HOD, with Derrick's evaluations expiring in the interim, thereby prolonging a resolution on Derrick's behalf.

24)     That MAPCS refuses to comply with the April 5th, 2007 HOD claiming that it is appealing that decision; however, counsel for MAPCS has not sought a stay of the April 5th, 2007 HOD.

25)     That DCPS is not a party to this litigation and is not legally obligated to comply with the provisions of the April 5th, 2007 HOD.

26)     That in order to assist DCPS with completion of the functional behavioral assessment that this Honorable Court order MAPCS to provide Dr. Peggy Peagler of DCPS with the required information by **June 22nd, 2007.**

27)     That as of the filing of this status report, Derrick's functional behavior assessment and behavioral implementation plan have not been completed. MAPCS further refuses to review and revise the IEP as it is obligated to do.

28)     That this Honorable Court grant the Plaintiff's preliminary injunction and temporary restraining order and set forth a briefing schedule.

_____
/s/
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, N. W., Suite 700
Washington, D.C. 20005
202.742.2000
Attorneys for Plaintiff

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT

MDT REFERRAL DATE: _____

STUDENT: Derrick Shelton    SCHOOL: Maya Angelou PCS    DATE: 5/31/07

| PARTICIPANTS (Print Name) | PARTICIPANTS (Signature) | POSITION |
|---|---|---|
| Derrick Shelton | | father |
| Derick Shelton | | Student's |
| Roberta Gambale | | Student's Attorney |
| Peggy L. Yeagler, Ph.D. | Peggy L. Yeagler | DCPS placement monitor |
| Arleta Fleet | Arleta Fleet | STS |
| Ms. West | via telephone | General Education teacher |
| Lisa Watkins | Lisa Watkins | Special Ed. teacher |
| Michael Lusern | | Dir of Sped MAYA |
| Jessica Smith | Jessica Smith | attly Maya Angelou |
| Corey Hamilton | Corey | advocate - notes attached |

The purpose of this meeting is to review Derrick's IEP and discuss school placement for 2007-2008 school year. All participants were invited to attend this meeting through DCPS, Office of Special Education. The current IEP was reviewed and discussed. His IEP dated 3/16/2006 - Special Education and Related Services Summary included the following hours: Counseling    1 hour and 30 minutes
Advisory.    1 hour and 55 minutes
Consultation    1 hour

Total    4 hours 25 minutes

A verbal description of the curriculum at Maya Angelou PCS was provided by Maya Angelou staff. The explanation given, indicated Derrick ~~was~~ participated in a meeting to discuss his

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, DC**

MDT REFERRAL DATE: _____          PAGE $2$ OF ____

CONTINUATION MEEDTING NOTES (IEP)
MEETING TYPE: _____

STUDENT:_____ SCHOOL: _____ DATE: _____

academic performance. It was recommended
and agreed upon, by Derrick and the MDT
team his current IEP would reflect
Advisory/Consultation services. However,
from Nov 2005 through the remainder
of the school year, Derrick's grades reflected
he was failing. For the 05-06 school,
the 1st quarter reflected the following.

Algebra II/Trig   B
AM LIT       B+
LIT BLOCK    B
Read 180    C
US History   D
Visual Arts   B-
Quarters 2nd, 3rd, & 4th reflect the following.
Algebra II/Trig  F  F  D  D  D  D
AM LIT    F, D, F, F, F, F
LIT Block    F
US History   F D D D D

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, DC**

MDT REFERRAL DATE: _____          PAGE 3 OF _____

**CONTINUATION MEEDTING NOTES (IEP)**
**MEETING TYPE:** _____

STUDENT: _____     SCHOOL: _____     DATE: _____

The following recommendation for assessments are as follows:
A Comprehension Psychoeducational, and a Functional Behavioral Assessment will be completed and funded by DCPS. Maya Angelou PCS staff will participate in completing the functional behavioral assessment by completing forms, answering questions pertaining to Derrick's behavior and provide any other information necessary in completing the functional behavioral assessment. Vocational assessment was completed on 11/2004. It is the consensus of the MDT, that upon review of the results of the psychoeducational, functional behavioral assessment, and a review of his current transcript discussion about completing a vocational assessment will occur.

A discussion about tutoring services occurred. The consensus of the MDT team is

DISTRICT OF COLUMBIA PUBLIC SCHOOLS          DIVISION OF SPECIAL EDUCATION          APPENDIX A

that Derrick will receive 5 hours of tutoring per week, beginning the week of

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, DC**

MDT REFERRAL DATE: _____          PAGE 4 OF _____

CONTINUATION MEEDDING NOTES (IEP)
MEETING TYPE: _____

STUDENT:_____     SCHOOL:_____     DATE:_____

June 4, 2007. This will consists of 2 sessions for 2.5 hours per week. The tutoring days will be on Wednesdays & Fridays. Maya Angelou PCS will extend the tutoring services beyond June 22 to August 3, 2007.

Compensatory ~~was~~ educational services were discussed. Parent and attorney would like 6 months of compensatory educational services in the form of one to one tutoring, ~~and~~ counseling and vocational services. DCPS ~~is requesting~~ and Maya Angelou PCS is requesting a ~~comp~~ proposal of the compensatory education plan be submitted ~~to~~ Maya Angelou PCS by close of business June 15, 2007. Parent and attorney are requesting the right to amend the compensatory educational plan, upon review of the evaluations.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS          DIVISION OF SPECIAL EDUCATION          APPENDIX A

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
**(MDT)**
MEETING NOTES

| MDT |
|-----|

MDT REFERRAL DATE: _____

STUDENT: _____    SCHOOL: _____    DATE: _____

PARTICIPANTS: (Print Name)          PARTICIPANTS: (Sign Name)          POSITION

_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____

Parent, and attorney and DCPS are requesting copies of the mid interim examination for the 4th quarter of this school year be submitted to their offices by the close of business, Monday June 4, 2007.

Parent and attorney are requesting progress reports for Derrick's academic performance. Ms West Derrick's tutor will provide Parent & attorney with bi-weekly progress reports to include progress made beginning January 2007 through Aug 3, 2007.

The first progress report will be provided to parent and attorney, covering the

timeframe of Jan 2007 through May 31, 2007.

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, DC**

MDT REFERRAL DATE: _____                    PAGE 6 OF _____

**CONTINUATION MEEDTING NOTES (IEP)**
**MEETING TYPE:** _____

STUDENT: _____    SCHOOL: _____    DATE: _____

by close of business, on Monday June 4, 2007.
Maya Angelou PCS will provide parent
and attorney with an Official Transcript
of Derrick's grades, to cover Quarters
2 & 3, by Friday June 22, 2007.
Parent & Attorney are requesting a
list of outstanding assignments that
Derrick needs to complete. This information
will be part of the progress report
to be provided to parent & attorney on
Monday June 4, 2007.
   A MDT meeting will be scheduled
upon the receipt of the last evaluation
to review the evaluations, revise the IEP
and discuss school placement for 2007-
2008 school year.
   Meeting is adjourned _____

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, DC**

MDT REFERRAL DATE: _____    PAGE 7 OF ____

CONTINUATION MEEDTING NOTES (IEP)
MEETING TYPE: _____

STUDENT: Derrick Shelton SCHOOL: Maya Angelou DATE: 5/31/07

The student signed a consent to evaluate form in order for DCPS to complete the evaluations. A Student Evaluation Plan (SEP) was also completed and signed by members of the Multidisciplinary Team.

A copy of the procedural manual was provided to the student.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
DIVISION OF SPECIAL EDUCATION
WASHINGTON, D.C.

## MULTIDISCIPLINARY TEAM
(MDT)
### STUDENT EVALUATION PLAN
(SEP)

MDT | SEP

MDT REFERRAL DATE _____      MEETING DATE __5/31/07__

STUDENT __Derrick Shelton__ DOB __3/8/1988__ AGE __19__ GRADE __11__ SCHOOL __Maya Angelou__

STUDENT IDENTIFICATION NUMBER _____ TEACHER / HOMEROOM _____

ADDRESS __125   Franklin St   N E   M-13   WDC   20002__
_____Street #____Street Name,_____Quadrant____Apartment #_____City,_____State,_____Zip Code_

PARENT(S)/GUARDIAN: __Derrick Shelton__ TELEPHONE (H): __2)32-5092__ (W) __2)787-8342__
                                                                        __787-8342__

**Summarize Area(s) of Concern:**

Students 3 year evaluation has experi

**Team Recommendations:**

MDT recommends a comprehensive psychological
to evaluate students current cognitive, educational
and social emotional level / performance.  FBA
recommended to assess students behaviors

### EVALUATION(S) IN AREA(S) OF LEARNING CONCERN(S)

| ASSESSMENT | ASSESSOR | TEST INSTRUMENT | TIMELINE ASSIGNED | DUE DATE |
|---|---|---|---|---|
| ☒ Psychological | To be determined | To Be Determined | | |
| ☐ Speech/Language | | | | |
| ☐ Social History | | | | |
| ☐ Audological | | | | |
| ☐ Vision Screening | | | | |
| ☐ Medical | | | | |
| ☒ Educational | ll | ll | | |
| ☐ Hearing Screening | | | | |
| ☒ Other | Other: | Other: | | |
| FBA  Social-emotional assessment | | | | |

| TEAM MEMBERS: | NAME | POSITION | TEAM MEMBERS: | NAME | POSITION |
|---|---|---|---|---|---|
| | Ann I Elliot | SES | | | Advocate |
| | Scales | Student's Attorney | | | MAPCS atty |
| | | | | | |
| | Michael Lusery | Dir. of Spec. MAPS | | | |
| | Derrick Shelton | Father | | | |

The MDT meeting to discuss the evaluation results is scheduled on _____ at _____ in room _____

Place completed form in MDT folder.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

### CONSENT FOR EVALUATION - INITIAL OR REEVALUATION
(*CHECK ONE ONLY - INITIAL OR REEVALUATION)

**I.   INITIAL EVALUATION CONSENT** ☐

As a result of the review of the screening information at the MDT meeting on _5/31/07_
it was determined in a MDT meeting that your child, _____
is in need of a full and individual evaluation to assist us in developing the most appropriate educational
program. You have been provided a copy of the "Procedural Safeguards - Parental Rights" booklet. We
would like to remind you at this time that:
- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all
  necessary action to provide an appropriate program and may be required to initiate due
  process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) in Section 111.

**II.   REEVALUATION** ☒

The MDT received the following request for a reevaluation for _Derrick Shelton_
by /for a:   ☐ parent request   ☐ teacher request   ☒ 3 year reevaluation
The MDT will collect supportive documentation in the area of the disability to determine the need for
continued special education and related services. The school is required to only evaluate in those areas of
documented need or consensus of the MDT (parent is a member of team). Parents have the right to
request assessments to determine if the child continues to be a child with a disability. DCPS may
reevaluate your child, without your consent, if the school district can demonstrate that it has taken
reasonable steps to get parental consent and the parent has not responded.
- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all
  necessary action to provide a Free Appropriate Public Education program and may be
  required to initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) on the student
  evaluation plan (SEP).

**III.   I** give permission for District of Columbia Public Schools to proceed with the evaluation(s) based on the
Student Evaluation Plan (attached ) for my child, _____

Within a reasonable period of time days after completion of the evaluation, we will hold another MDT meeting (to which
you will be invited) to determine if your child is eligible for special education and related services. The written reports of all
procedures administered will be provided to you at that meeting, along with explanations and interpretations. We will use
this information to determine an appropriate program for your child. If records are to be obtained/released as part of
this evaluation, the "Consent for Release of Records" form is completed and attached.
If you have questions or concerns at any time during the evaluation process, feel free to contact me
at _____ (telephone number).

☐ INITIAL EVALUATION          ☒ REEVALUATION

#### Parent Response Section:

☒ I agree to the proposed evaluation(s)          ☐ I do NOT agree to the proposed evaluation(s)

_____ (STUDENT)          _5-31-07_
Parent/Guardian Signature                         Date

DCPS   DIVISION OF SPECIAL EDUCATION     07-02-2001     MDT - CONSENT FOR EVALUATION     APPENDIX - A

STATE EDUCATION AGENCY
SPECIAL EDUCATION
DISTRICT OF COLUMBIA PUBLIC SCHOOLS AND CHARTER SCHOOLS
825 North Capitol Street, N.E.
Washington, D.C. 20002-4232

Caring for Our Students with Disabilities
A Procedural Manual for Parents

RECEIPT

I, _Derrick  Shelton_____, received a copy of *A Procedural*
        (Parent/Guardian Name)

*Manual for Parents* from _Dr. Pearl L. Teague_ Title _SEA_____
        (Person Issuing Document)

at _DCPS_____.
        (School)

_5, 31, 07_
        (Date)

_____
        Parent/Guardian Signature

(This receipt is to remain in a designated file in the school.)

7/7/2005                                                              18

5/31/07

<u>Derrick Shelton</u> — IEP Meeting — Maya Angelou's
meeting notes addendum

A meeting was previously scheduled
for May 3rd 2007. The 5/3/07 meeting
did not go foward because Dr. Peagler,
DCPS, was out of work for
medical reasons.

Maya Angelou has been providing and
offering tutoring for Derrick since December
2006. Maya Angelou has had this service
available ~~and~~ from 12/2006 until the
present time. Derrick has participated in the
tutoring sporadically.

DCPS will conduct the FBA. Maya
Angelou will participate in assisting DCPS
to complete ~~the~~ FBA. DCPS will conduct
a comprehensive psych. eval.

Maya Angelou will ~~pr~~ give Derrick until
June 22, 2007 to turn in assignments
in order to receive credit for this school
year. MAPCS will extend the time to turn in
work and complete assignments and provide
tutoring until August 3, 2007. Maya Angelou
will increase the hours of tutoring to 5 hours
per week — 2 days per week for 2.5 hours —
to give more time to complete assignments.

5.31/07

p. 2 of 2

<u>Derrick Shelton</u> - IEP meeting

Maya Angelou meeting notes addendum

Compensatory Education was discussed.
Ms. Gambale asked for 6 months of
comp. ed. in form of 1 - to - 1 tutoring,
counseling and vocational services.
MAPCS + DCPS are requesting Ms. Gambale
provide a proposal for comp. ed. plan by
COB June 15, 2007.   Once received, MAPCS
will respond to the student's proposed plan.

Maya Angelou's position on comp ed is that
comp. ed is not warranted since tutoring has
been available since 12/2007.  MAPCS will,
however, review the part student's comp. ed.
proposal plan and will respond. MAPCS
requested Ms. Gambale to submit comp. ed.
proposal to MAPCS's attorney's office via fax
at 703 - 739 - 2323
     All parties were in agreement.

Jessica M. Smit
counsel for MAPCS

**Derrick Shelton Meeting Notes** ( Student's Attorney's Notes )
**Date- 5/31/07**

Issues: 1) FBA/IBP; 2) graduation requirement/transition; 3) IEP; 4) placement 5) Compensatory Education

PARTICIPANTS - STUDENT; Dr Peagler; Special Education teacher, MR Luseni - SEC, Student's Attorney; Reg. Education terenor participated via telephone.

Attorney addressed issues to be addressed For Derrick.

INTRODUCTION Student & Attorney asked to Specialist SIGN ATEND OF Meeting 2 OTHER PEOPLE TO JOIN us. Spec. Ed █████████ From school and Corey HAMILTON - Advocate Arrive before meeting BEGAN. Assessments And IEP have expired Now and Need to be addressed DATE OF LAST IEP 3-16-06.

Reviewed goals From 3-16-06 IEP Dr. ? asked how IEP goals were being implemented in 4.25min Services on IEP

There was a 2005 IEP that Dr. Luseni Referred to but did Not have a copy - nor was a copy provided to DCPS or Attorney For Student. Luseni alleged that Derrick in inclusion setting At MAPCS

PS1 of 8

Services were Reduced According to Luseni based on Consultation with Student AND PARENT.

Reviewed grades From 05-06 did well 1st Semester But FAILED REST of School Year.

06/07 - Start of SY. A+B in all Subjects but transition - earned D.

Derrick → Always does good First QUARTER But Then loses Focus. Going to school every day

West - Reg ed teacher → confirms has difficulty maintaining focus. often Altercations w instructors and suspended. Needs redirection constantly.

D's Attorney - Redirection should be included in program.

Fofter Reduction of services DS Failed numerous classes and declined academics According to Dr. Luseni only thing done was to talk to Derrick.

Assessments:
DCPS - Noted PE expired. DCPS willing to complete Psyched-Educational Evaluation MAPCS agrees that P.E. evaluation Needs to be completed. Attorney requesting comprehensive psychological AND FBA

2 of 6

-School. MR. Luseni - Not doing FBA because they do not agree w him not going

to do FBA.

Attorney - teacher has STATED history of
suspensions and conflicts w instruct
According to D.S. suspendd 9 times
First year. This current year
suspended 7 times. Suspending him
not giving PAPER WORK only 4 suspensn
documented.

SES - some of behaviors impacting DS.
Behaviors are impacting ability think:
he should have FBA. DCPS NOT
in position TO DO FBA because
last Attended MAPCS. NEED MAPCS
to participate in FBA because
DCPS Not worked with Him
MAPC has teachers and data
Available.

LUSENI - will PARTICIPATE in FBA but
because they are appealing will NOT
conduct LWE

Dr. P- if DCPS funds FBA they will
PARTICIPATE. DCPS Agreeing to compute
FBA. ~~XXXX XXXX~~ DCPS
asking MAPCS will PARTICIPATE
in completion FBA. Attorney he MAPCS
will PARTICIPATE    pa 3 of 8

Vocational conducted Fall 2004 - Question
About whether it needs to be updated

Not including this SY Earned 14.34.
Credits for this SY have not been
established.

Attorney MAPCS = willing to update Report
Card so he can complete credits.

MAPCS. will give him till the
end of SY. June 22nd. Must
Attend tutoring.. turn in work
3 hours a week being provided
tutoring. only working with
Math, History, + English. Sometimes
Tutor doesn't get work from teachers
Because not here. Sometimes he
is lost. He completes what he
can. Needs to Read Book
Completed All assignments Algrebra,
has grade 57

Whether that will give D.S. enough
time was discussed.. extending time
for D.S. to submit work packets
Giving him 3 additional weeks. and B

July 13, 2007 PROPOSED .  SES Requested

provide  him    till  August when Summe
                          School ends.

Teacher  Recommuding  more time than 3 wee[k]

Summer  School  ends    Aug. 3. 2007.

~~scribble~~

Student  Asking  For  more tutering
hours

Tutor 1 reg education  teacher addressing

hours of tutoring    Recommend 5 6 hours

2 sessions  x  3 hours  week

Suggested    MAPCS- agreeing

to provide  2.5 hours  2 times week.

Days   to be  determined   Wed and
Friday  works  fer  D.S. + tuter.
Won't  be  Available  on this FRIDAY.
Tutoring will  occur  through Aug. 3, 07.

D.S. Not agreeing  that  is  sufficient
but  willing      to   PARTICIPATE.

Compensatory Education  issue  raised
D.S. + Attorney  would  like  compensation
to make  up  fer  ~~services~~  missed
6 months   1-1 tutoring + Counseling +

D.S asking number of hours be determined based on New testing. ~~MAPCS~~ MAPCS DCPS asking for proposed comped plan ~~(00)~~ within two weeks by (June 15, 2007) D.S. Reserving Right to modify based on Result of New psychological evaluations.

DS also asking that mid terms assessments be Provided to counsel for STUDENT. By Close of Business → Monday June 4, 2007.

C.H- asking for progress reports from Tutor. Tutor agreeing to provide that bi-weekly. Also asking for comprehensive progress report to date. Tutor agreeing to provide updated progress report. to include progress made beginning Jan. 2007 through _ Aug. 3. First progress report

Monday June 4, 2007. Will Fax it to
D.S.'s attorney + mail to student.
According to several tutor should have
2nd quarter grades, so that report
card Through 2nd quater should
be able to be updated.

Asked Lusein - how soon would
it take to update grades
through 3rd Quarter. Will provide
updated TRanscript by June 22, 2007.

Attorney + D.S. asking list of OUTSTANDING
Assignments that D.S Needs to
complete S.Y. According to tuter
that will be provided by Monday
June 11. 2007.
   DCPS will complete evals within 30 day
An MDT will be scheduled ~~~~~~
upon completion of evaluations.

⊕ DCPS commiting to complete this
within 45 days. MAPCS agreeing
to PARTICIPATE in Next MDT/IEP
meeting.
   pg 7 of 8

According to DCPS - MAPCS should be Responsible for drafting IEP. MAPCS not agreeing to do that. STUDENT Signed CONSENT FOR EVALUATIONS AT THE MEETING AND AN SEP form was completed

FATHER OF D.S. Also Arrived late TO MEET.

front & back

@825

5/31/07   Derrick Shelton
Maya Angelo Public Charter School

1 of 8

10:30   Dr. Peagler reviewed Student outdated
IEP. which only gave student 4 hours
She continued to read through all goals.
Derrick is now 19yrs old.

Mr. Luseni - when met with Derrick over
last yrs IEP. Stated on most recent
IEP info was the same as the
previously drafted IEP in 04/05.
Stated last IEP made Student feel
like he was stupid. Stated DS will
work closely with him to help DS to
self Advocate for himself. Earlier
this School yr he was in an inclusion
session.

SED: were any assessments done to
go in and change the Student's IEP.
b/c It seemes like you just changed
Scores.
SEC - based off teacher reports, progress reports
thus 06 SY he was doing really well.
Dr. P - read off 05/06 report card.
Student had B, C, D's
2nd quater   F, D, D, F.F, A⁻
fell the rest of the SY for the 05/06
SY, so why did you more to a consultatir
basis.

Corey Han

Dad Stated Student has been
Suspended more than 7 times but
School refused to provide documentation

SES - Behaviors are impacting his
academic performance Something is
interfering with his academic
therefore, an FBA is warranted.

SEC - if DCPS is willing to do the FBA
then they can go ahead.

SES - MAYA is familiar w/ Student
therefore MAYA should do the FBA
b/c we don't have any info on
Student.

SEC - We agree that we will participate
w/ DCPS but DCPS can fund the
eval.

Dr. Peagler - DCPS will complete the
FBA per DCPS's participation.
Maya angelo will participate in
completing the FBA.

We will reconvene when assessments are
done then discuss placement and
new IEP.

5/31/07    Derick Shelton

RG - Student is not always getting work so how can he complete work if the teachers aren't giving him work.

SEC - 3 weeks from the last days of School

SES - Stated we give Student more time to complete all assignments.

SEC - tutoring will continue from today till August 3rd.

Discussion of tutoral Services took Place but there is a dispute regarding the 3 hours per week of tutoring.

tutoring - there are 83 minutes in each lesson therefore 4½ to 5 hours per week.

Dr. P - doubling time to 6 hours.

- tutor = giving him 5 hrs/per week in 2 day session per week 2.5 hours this way he's not so overwhelmed. Wed/Friday's are good for Derick. Beginning June 4, 2007. Time would be extended to Agust 3rd as deadline.

5/31/07    Derrick Shelton

Parent | ~~Attorney~~ Attorney requesting a bi-weekly progress reports for student so that he is aware of performance. to also include attendance.

tutoring began in January, therefore tutoring progress should include info Ms. West (tutor) stated will send first progress report on Monday, June 4, 2007 covering time frame of Jan 2007 — May 30, 2007, by COB.

Dr. P. How long will it take for student to recieve grades for the 2nd and 3rd quarter.

MAYA will provide Parent/Attorney with transcript of DS grades by June 22, 2007 last day of school.

Parent/Attorney are requesting a list of outstanding assignments that he needs to complete.
tutor - stated progress report + ll list assignments missing by Monday June 4.

An MDT will be schedule upon reciept of last evaluation. 45 days to review and discuss placement.

**Derrick Shelton Meeting Notes**  ( Student's Attorney's Notes )
**Date- 5/31/07**

Issues: 1) FBA/IBP; 2) graduation requirement/transition; 3) IEP; 4) placement 5)
Compensatory Education

---

PARTICIPANTS - STUDENT ; Dr Peagler; Special Education teacher,
MR Luseni - SEC, Student's Attorney; Reg. Education
teacher participated via telephone.

Attorney addressed issues to be addressed
For Derrick.

INTRODUCTION Student + Attorney asked to Specialist
SIGN AT END OF meeting
2 OTHER PEOPLE TO JOIN US. Spec. Ed ~~xxxxx~~
From school. and Corey Hamilton - Advocate Arrived
before meeting BEGAN.
ASSESSMENTS AND IEP have expired Now
and Need to be addressed DATE OF LAST
IEP 3-16-06

Reviewed goals from 3-16-06 IEP
Dr. ? asked how IEP goals were being
implemetd in 4.25min Services on IEP)

There was a 2005 IEP that Dr. Luseni
Referred ~~to~~ but did Not have
a copy -nor was A copy provided
to DCPS or Attorney For Student.
Luseni alleged that Derrick in
inclusion setting At MAPCS

P51 of 8

Services were Reduced According to Luseni based on consultation with Student and Parent.

Reviewed grades from 05-06 did well 1st Semester but FAILED REST of School Year.

06/07 - Start of S4. A+B in all subjects but TRANSITION - earned D.

Derrick → Always does good first QUARTER but then loses focus. going to school every day

West - Reg ed teacher → confirms his difficulty maintaining focus. often Altercations w/ instructors and suspended. Needs redirection constantly.

D's Attorney - Redirection should be included in program.

After Reduction of services D.S. Failed numerous classes and declined academically.

According to Dr. Luseni only thing done was to talk to Derrick.

Assessments:
DCPS - Noted P.E. expired. DCPS willing to complete Psycho-Educational Evaluation. MAPCS agrees that P.E. evaluation Needs to be completed. Attorney requesting comprehensive psychological AND FBA

2 of 8

- School. Mr. Luseni - Not doing FBA because they do NOT AGREE w/ HOD. NOT GOING

to do FBA.

Attorney - teacher has STATED history of
suspensions and conflicts w instruction.
According to D.S. Suspended 9 times
First year   This current year
suspended 7 times. Suspending him
not giving PAPER WORK   only 4 suspensions
documented.

SES - some of behaviors impacting D.S.
Behaviors are impacting ability thinks
he should have FBA. DCPS NOT
in position TO DO FBA because
last Attended MAPCS. NEED MAPCS
to participate in FBA because
DCPS Not worked WITH Him
MAPC has teachers and data
Available.

LUSENI - will PARTICIPATE IN FBA but
because they are appealing will NOT
conduct LNE

Dr. P if DCPS funds FBA they will
PARTICIPATE.   DCPS Agreeing to complete
FBA.   ~~_____~~ DCPS
asking MAPCS will PARTICIPATE
in completion FBA. Attorney the MAPCS
will PARTICIPATE   pg 3 of 8

VOCATIONAL conducted Fall 2004 - Question
About whether IT NEEDS TO BE UPDATED.

NOT Including this SY EARNed 14.34.
Credits For this SY have Not been
established.

Attorney MAPCS - willing to update Report
CARD so he can complete credits.

MAPCS - will give him till the
end of SY - June 22nd. Must
Attend tutoring - turn in work
3 hours a week being provided
tutoring. only working with
MATH, History, + English. Sometimes
Tuter doesn't get work from teachers
Because Not here. Sometimes he
is lost. He completes what he
CAN. NEEDS TO READ Book
Completed All assignments Algrebra II
has grade E7

WHETHER THAT WILL Give D.S. enough
time was discussed - extending time
For D.S. to submit work packets
Giving him 3 additional weeks. pg 14 of 8

SES Requested

July 13, 2007  PROPOSED

provide him  till August when summer
school ends.

Teacher Recommending more time than 3 week

Summer School ends  Aug. 3. 2007.

~~~~~~~~

Student Asking for more tutering
hours
Tutor 1 reg education    teacher addressing
hours of tutoring    Recommend 5-6 hours
2 sessions  x  3 hours  week
suggested  80  MAPCS- agreeing
to provide    2.5 hours  2 times week.

Days  to be determined  Wed and
Friday works for D.S. + tutor.
Won't be Available on this FRIDAY.
Tutoring will occur through Aug 3, 07.
D.S. Not agreeing that is sufficient
but willing  to  PARTICIPATE.

Compensatory Education issue raised
DS + Attorney would like compensation
to make up for services missed
6 months  1-1 tutoring + counseling +
vocational Assistance.  Pg. 5 of 8

CAPTECH I

D.S asking number of hours be determined based on New testing. ~~MAPCS~~ MAPCS DPS asking for proposed comped plan ~~...~~ within two weeks by (June 15, 2007) D.S. Reserving Right to modify based on RESULTS of New Psychological evaluations.

DS also asking that mid terms Assessments be Provided to Counsel for STUDENT. By Close of Business→Monday June 4, 2007.

C.H. asking for progress reports From Tutor. Tutor agreeing to provide that bi-weekly. Also asking for comprehensive progress Report To date. Tutor agreeing to provide updated progress report. To include progress made beginning JAN. 2007 Through Aug. 3. FIRST progress report
T do.m JAN. Through May. will be provided by
t E

Monday June 4, 2007.    Will fax it to mail to student.

D.S.'s attorney + According to tesenerl tuter should have 2nd quarter grades, so that report card through 2nd quater bhould be able to be updated.

Asked Lusein - how soon would it take to update grades through 3rd Quarter. Will provide updated Transcript by June 22, 2007.

Attorney + D.S. asking list of outstanding Assignments that DS needs to complete S.Y. According to tuter that will be provided by Monday June 11. 2007.
   DCPS will complete evals within 30 day. An MDT will be scheduled ~~XXXXXX~~ upon completion of evaluations.

DCPS committing to complut this within 45 days. MAPCS agreeing to participate in next MDT/IEP meeting.

   pg. 7 of 8

According to DCPS MAPCS should be Responsible for drafting IEP MAPCS Not agreeing to do the Student Ssned CONSENT FOR EVALUATIONS AT THE MEETING AND AN SEP Form was complete

FATHER OF D.S. Also Arrived late TO MEET