AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DERRICK SHELTON,

    Plaintiff,

V.

MAYA ANGELOU PUBLIC CHARTER SCHOOL,

    Defendant.

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-00933
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 5/21/2007
Description: TRO/PI

TO: (Name and address of Defendant)

Maya Angelou Public Charter School
1851 9th Street, NW
Washington, D.C. 20001

TO SERVE: Demetri Tyler, Registered Agent

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roxanne D. Neloms
James E. Brown & Associates, PLLC
1220 L Street, NW, 7th Floor
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON      MAY 21 2007
CLERK      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5/23/07  12:53 P.M |

| NAME OF SERVER (PRINT) Dwayne Boston | TITLE PPS |
|---|---|

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Demetri Tyler R/A

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/23/07
                Date            Signature of Server

1522 K St NW Ste 200 WDC 20005
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.