UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERRICK SHELTON         :<br>                              :<br>   Plaintiff               :<br>                              :<br>   v.                       :   Civil Action No. 07-933 ( CKK)<br>                              :<br>MAYA ANGELOU PUBLIC  :<br>   CHARTER SCHOOL     :<br>                              :<br>   Defendant.            :<br>_____ : | |

## PRAECIPE

COMES NOW, the Defendant, by and through counsel, and hereby files this Praecipe to keep the Court informed on the Defendant's compliance with its Order issued June 12, 2007.

On June 4, 2007, the Defendant sent a copy of the Plaintiff's progress report from December 2006 through May 2007 to counsel for the Plaintiff and to the District of Columbia Public Schools ("DCPS"). Dr. Peggy Peagler of DCPS confirmed via telephone that she received the progress report. On June 11, 2007, Ms. Roberta Gambale, counsel for the Plaintiff, informed counsel for the Defendant that she had not received the progress report. Thus, counsel for the Defendant is resubmitting the progress report to Ms. Gambale and is herewith filing the progress report with this Court (see attached).

Respectfully submitted,
    /s/
Paul S. Dalton, Esq
D.C. Bar No. 439118
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300 (ph)
(703) 739-2323 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically on this 14th day of June, 2007.

_____/s/_____
Paul S. Dalton, Esq.
Counsel for Defendant

FAX COVER SHEET

TO:   DR. PIEGLER, DCPS
      (202)442-5517

      BROWN & ASSOCIATES   Attn: Roberta Gambale
      (202)742 – 2098

      MR. & MRS. SHELTON

FROM:  MS. NAKITA D. WEST, TUTOR FOR DERRICK SHELTON
       (202)939-9080

RE:   PROGRESS REPORT FOR DERRICK SHELTON
      DECEMBER 22, 2006 – MAY 30, 2007
      INTERIM EXAMS - NOT ATTACHED

DEAR PARTIES,

FOLLOWING IS THE PROGRESS REPORT FOR DERRICK SHELTON. IF IS NOT A PROBLEM, THE INTERIM EXAMS WILL BE SENT BY COB WEDNESDAY, AS I WOULD LIKE TO GIVE DERRICK ADDITIONAL TIME BECAUSE HIS INTERIMS ARE INCOMPLETE WHICH WOULD RENDER AN UNSUCCESSFUL GRADE.

THANK YOU

MS. WEST

Comments:
This document was faxed on 6/4/07 COB. Please take notice that this is MAPCS second attempt.
                                                    Thanks

## PROGRESS REPORT FOR DERRICK SHELTON

| Date | Assignment | Letter Grade | Number Grade |
|---|---|---|---|
| Friday, December 22, 2006 | | | |
| Wednesday, December 27, 2006 | | | |
| Wednesday, January 3, 2007 | | | |
| Wednesday, January 10, 2007 | Absent | | |
| | Introduction Polynomial Functions | A | 100 |
| | Real Number Properties | B | 87 |
| | Solving Polynomial Equations | INCOMPLETE | 79 |
| Algebra II | Review of Quadratic Functions and Formulas | A- | 94 |
| Wednesday, January 17, 2007 | | | |
| | Factoring Polynomials | A | 100 |
| | Adding, Subtracting, Multiplying and Dividing Polynomials | B- | 80 |
| Algebra II | Classifying Polynomial Functions | B | 85 |
| Wednesday, January 24, 2007 | | | |
| | End Behavior of Polynomial Functions | A | 100 |
| Algebra II | Real Life Application of Polynomial Functions | A- | 90 |
| | Polynomials Quiz | B | 86 |
| Wednesday, January 31, 2007 | | | |
| Algebra II | Introduction to Exponential/Logarithmic Functions | INCOMPLETE | 70 |
| | Introduction to Kite Runner | A | 100 |
| English III | Read Chapters 1 - 3 of the Kite Runner | INCOMPLETE F | 0 |
| History | Last 60 Years Document Based Question (DBQ) | INCOMPLETE E | 0 |
| Wednesday, February 7, 2007 | Absent | | |
| Wednesday, February 14, 2007 | | | |
| Algebra II | Continued Notes on Exponential/Logarithmic Functions | A | 90 |
| | Complete and continue reading chapters 1 -3 of the Kite Runner | INCOMPLETE E | 0 |
| English III | Complete Crossword Puzzle | INCOMPLETE E | 70 |
| Scheduled but not done | The introduction to the UN | INCOMPLETE E | 0 |
| Wednesday, February 21, 2007 | | | |
| Algebra II | Mathopoly Project/Teacher for A Day Project | A | 100 |
| History | Project for Last 60 Years | B | 80 |
| English III | Double Entry Journal on Kite Runner | INCOMPLETE F | 0 |
| | Continue reading Kite Runner | INCOMPLETE E | 0 |
| Wednesday, February 28, 2007 | Absent | | |
| Wednesday, March 7, 2007 | Absent | | |
| Scheduled but not done | | | |
| | Read the "Perils of Indifference" connect to the UN | INCOMPLETE E | 0 |
| English III | Using Primary Sources | INCOMPLETE F | 0 |
| Algebra II | Modeling Exponential Growth and Decay through population | I | 75 |
| | My Constitution - Preamble - Article II | A | 100 |
| History | Reading the Declaration of Independence and the Bill of Rights | A | 100 |
| Wednesday, March 14, 2007 | | | |
| Algebra II | Task I & II of Teacher of the Day Project | A- | 90 |
| History | Completion of Last Week History Assignments | | |
| Wednesday, March 21, 2007 | | | |
| English III | Continue reading the Kite Runner and complete Plot Summaries | INCOMPLETE E | 0 |
| History | Continue completing My Constitution | B | 80 |
| Wednesday, March 28, 2007 | | | |
| Algebra II, English III and History | Turn in completed assignments | | |
| Algebra II | Discussion of Lesson being taught through Teacher for A Day | I | 70 |
| Friday, March 30, 2007 | | | |
| Algebra II, English III and History | Complete any Missing Assigments | | |
| Wednesday, April 4, 2007 | | | |
| | Introduction to Rational and Radical Functions DEJ | A | 100 |
| | Try to continue to read the Kite Runner | INCOMPLETE E | 0 |
| | 3rd Version of My Constitution | A | 100 |
| Wednesday, April 11, 2007 | Absent | | |
| Wednesday, April 18, 2007 | West @ Hospital | | |
| Wednesday, April 25, 2007 | | | |
| | Solving Rational and Radical Equations | B | 80 |
| | Correlation of Functions; Linear, Quadratic, Polynomial, Exponential, Rational and Logarithmic | A | 100 |
| | More Kite Runner Activities | I | 0 |
| Wednesday, May 2, 2007 | | | |
| | Last 60 years Project - Completion of My Constitution, Bill of Rights, Declaration of Independence | A | 100 |

| | | | |
|---|---|---|---|
| Wednesday, May 9, 2007 | | | |
| Wednesday, May 16, 2007 | | | |
| Wednesday, May 23, 2007 | **Absent** | | |
| Wednesday, May 30, 2007 | | | |
| | English II and Algebra II Interims | | INCOMPLETE |

**ALGEBRA II AVERAGE 88**
**HISTORY AVERAGE 80**
**ENGLISH III AVERAGE 14**