UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERRICK SHELTON         : | |
| :                       | |
| Plaintiff      :        | |
| :                       | |
| v.             :        | Civil Action No.  07-933 ( CKK) |
| :                       | |
| MAYA ANGELOU PUBLIC     : | |
| CHARTER SCHOOL          : | |
| :                       | |
| Defendant.     :        | |
| _____ : | |

**DEFENDANT'S MOTION FOR LEAVE TO LATE FILE ITS
ANSWER TO THE COMPLAINT**

COMES NOW, the Defendant, by and through counsel, and hereby requests leave to file late its Answer to the Complaint.  The reasons for such Motion are as follows:

In the instant case, the Plaintiff filed a Complaint simultaneously with a Motion for a Temporary Restraining Order / Preliminary Injunction ("TRO / PI").  Almost immediately after filing the Motion for TRO/PI with the clerk, this Court held a teleconference to begin moving forward on resolving the Motion for TRO / PI.  As outlined in its Status Report filed on June 4, 2007, the Defendant was working cooperatively with the Plaintiff to resolve the Motion for TRO / PI.  On June 12, 2007, this Court issued an Order denying the Motion for TRO / PI.  The Complaint, however, is still pending in this Court.

Since the Court moved quickly on the Motion for TRO / PI, and the Defendant and Plaintiff were working cooperatively, with the guidance of the Court, the Defendant inadvertently missed the time frame for filing its Answer to the Complaint.  The Defendant's Answer should have been timely filed by June 12, 2007.

Pursuant to LCvR 7(m), counsel for the Defendant contacted the counsel for the Plaintiff regarding late filing its Answer. The Plaintiff does not object to the Defendant's Motion for Leave to Late File its Answer. Furthermore, since the Court has already ruled on the Motion for TRO/PI, the Plaintiff will not be prejudiced by the late filing.

Wherefore, the Defendant seeks leave from this Court to late file its Answer to the Complaint. Attached hereto is the Defendant's Answer to the Complaint.

Respectfully submitted,

/s/
Paul S. Dalton, Esq
D.C. Bar No. 439118
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300 (ph)
(703) 739-2323 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically on this 15th day of June, 2007.

/s/
Paul S. Dalton, Esq.
Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERRICK SHELTON | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : Civil Action No. 07-933 ( CKK) |
| | : |
| MAYA ANGELOU PUBLIC | : |
| CHARTER SCHOOL | : |
| | : |
| Defendant. | : |
| _____ | : |

## DEFENDANT'S ANSWER TO THE COMPLAINT

COMES NOW, the Defendant, by and through counsel, and hereby files its Answer to the Plaintiff's Complaint. The Defendant denies all allegations not subsequently admitted or otherwise answered. The Defendant admits no allegations unless clearly so stated below.

## JURISDICTION

1. Admit as to subparagraphs a and b.

## VENUE

2. Admit.

## PARTIES

3. Admit.

4. Admit.

## FACTS

5. Admit.

6. Defendant lacks knowledge and information sufficient to enable them to answer this allegation, at this time.

7. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

8. Deny.

9. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

10. The Due Process Complaint speaks for itself, and as such no response is required. If a response is required, then the same is denied.

11. The Hearing Officer's Determination ("HOD") speaks for itself. This allegation is the pleader's interpretation of the HOD to which no response is required. If a response is required, then the same is denied.

12. Deny.

13. Deny.

14. The April 12, 2007 letter speaks for itself, and as such no response is required. If a response is required, then the same is denied.

15. Deny.

16. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

## COUNT I

The Defendant denies all allegations in Count I.

17. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-16.

18. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs

    1-17.

19. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-18.

20. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-19.

21. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-20.

22. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-21.

23. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-22.

24. This allegation is mis-numbered as number 23. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-23.

## COUNT II

The Defendant denies all allegations in Count II.

25. This allegation is mis-numbered as number 26. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-24.

26. This allegation is mis-numbered as number 27. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

27. This allegation is mis-numbered as number 28. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the

same is denied.

28. This allegation is mis-numbered as number 29. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

29. This allegation is mis-numbered as number 30. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

30. This allegation is mis-numbered as number 31. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The Defendant has appealed the HOD. The appeal is docketed as Civil Action No. 07-942 (JR). The Defendant is not under an obligation to comply with the HOD during the pendency of the appeal.

## THIRD AFFIRMATIVE DEFENSE

The Complaint is now moot in light of the Court's Order on June 12, 2007. This Court has already denied the Plaintiff's Motion for Temporary Restraining Order / Preliminary Injunction ("TRO/PI"). The Motion for TRO / PI requested the same relief as the Complaint, which is essentially compliance with the HOD. Since the Complaint's prayer for relief requests an injunction, and this Court has already denied the injunction, this Complaint should be dismissed as moot.

WHEREFORE, the Defendant respectfully requests that this Court dismiss the Plaintiff's Complaint.

Respectfully submitted,

_____/s/_____
Paul S. Dalton, Esq
D.C. Bar No. 439118
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300 (ph)
(703) 739-2323 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically on this 15th day of June, 2007.

_____/s/_____
Paul S. Dalton, Esq.
Counsel for Defendant