UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERRICK SHELTON | : |
|     Plaintiff | : |
|     v. | : Civil Action No. 07-933 ( CKK) |
| MAYA ANGELOU PUBLIC<br>    CHARTER SCHOOL | : |
|     Defendant. | : |

## DEFENDANT'S ANSWER TO THE COMPLAINT

COMES NOW, the Defendant, by and through counsel, and hereby files its Answer to the Plaintiff's Complaint. The Defendant denies all allegations not subsequently admitted or otherwise answered. The Defendant admits no allegations unless clearly so stated below.

### JURISDICTION

1. Admit as to subparagraphs a and b.

### VENUE

2. Admit.

### PARTIES

3. Admit.

4. Admit.

### FACTS

5. Admit.

6. Defendant lacks knowledge and information sufficient to enable them to answer this allegation, at this time.

7. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

8. Deny.

9. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

10. The Due Process Complaint speaks for itself, and as such no response is required. If a response is required, then the same is denied.

11. The Hearing Officer's Determination ("HOD") speaks for itself. This allegation is the pleader's interpretation of the HOD to which no response is required. If a response is required, then the same is denied.

12. Deny.

13. Deny.

14. The April 12, 2007 letter speaks for itself, and as such no response is required. If a response is required, then the same is denied.

15. Deny.

16. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

## COUNT I

The Defendant denies all allegations in Count I.

17. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-16.

18. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs

    1-17.

19. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-18.

20. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-19.

21. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-20.

22. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-21.

23. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-22.

24. This allegation is mis-numbered as number 23. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-23.

## **COUNT II**

The Defendant denies all allegations in Count II.

25. This allegation is mis-numbered as number 26. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-24.

26. This allegation is mis-numbered as number 27. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

27. This allegation is mis-numbered as number 28. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the

same is denied.

28. This allegation is mis-numbered as number 29. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

29. This allegation is mis-numbered as number 30. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

30. This allegation is mis-numbered as number 31. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The Defendant has appealed the HOD. The appeal is docketed as Civil Action No. 07-942 (JR). The Defendant is not under an obligation to comply with the HOD during the pendency of the appeal.

## THIRD AFFIRMATIVE DEFENSE

The Complaint is now moot in light of the Court's Order on June 12, 2007. This Court has already denied the Plaintiff's Motion for Temporary Restraining Order / Preliminary Injunction ("TRO/PI"). The Motion for TRO / PI requested the same relief as the Complaint, which is essentially compliance with the HOD. Since the Complaint's prayer for relief requests an injunction, and this Court has already denied the injunction, this Complaint should be dismissed as moot.

WHEREFORE, the Defendant respectfully requests that this Court dismiss the Plaintiff's Complaint.

Respectfully submitted,

_____/s/_____
Paul S. Dalton, Esq
D.C. Bar No. 439118
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300 (ph)
(703) 739-2323 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically on this 15th day of June, 2007.

_____/s/_____
Paul S. Dalton, Esq.
Counsel for Defendant