UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERRICK SHELTON,<br><br>  Plaintiff,<br><br>  v.<br><br>MAYA ANGELOU PUBLIC CHARTER SCHOOL,<br><br>  Defendant. | Civil Action No. 07-933 (CKK) |

**ORDER**
(July 10, 2007)

On May 21, 2007, Plaintiff filed his Complaint in this action, seeking injunctive and declaratory relief under the Individuals with Disabilities Education Act ("IDEA"). Defendant filed an Answer to Plaintiff's Complaint on June 15, 2007. In light of this filing, it is, this 10th day of July, 2007, hereby

**ORDERED** that the parties in the above-captioned action shall confer and propose a schedule for proceeding in this matter. The schedule should set out dates for the filing of the Administrative Record in this case, as well as requested dates for planned dispositive motions. The parties shall file the schedule not later than August 10, 2007.

**SO ORDERED**.

  _/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge