UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERRICK SHELTON | : |
| | : |
|     Plaintiff | : |
| | : |
|     v. | :   **Civil Action No. 07-933 ( CKK)** |
| | : |
| MAYA ANGELOU PUBLIC | : |
|     CHARTER SCHOOL | : |
| | : |
|     Defendant. | : |
| _____ | : |

**MOTION TO CONSOLIDATE**

COMES NOW, the Defendant, by and through counsel, and hereby respectfully moves this Honorable Court to consolidate civil actions numbered 07-933(CKK) and 07-942(RCL), pursuant to Fed. R. Civ. P. 42(a) and LCvR 40.5(d). Counsel for the Defendant and counsel for the Plaintiff corresponded regarding this Motion. Counsel for the Plaintiff does not oppose this Motion.

**POINTS AND AUTHORITIES**

1. The record herein, which shows that the instant case, civil action number 07-933(CKK), is a Complaint for failure of the Defendant to implement a prior HOD. The Defendant appealed said HOD and the appeal is docketed as civil action number 07-942(RCL).

2. Federal Rule of Civil Procedure 42(a)

3. Local Rule 40.5(d)

4. The inherent authority of this Honorable Court

**WHEREFORE,** the Defendant respectfully requests that this Court consolidate civil actions numbered 07-933(CKK) and 07-942(RCL).

Respectfully submitted,
/s/
Paul S. Dalton, Esq
D.C. Bar No. 439118
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300 (ph)
(703) 739-2323 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically on this 17th day of July, 2007.

/s/
Paul S. Dalton, Esq.
Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERRICK SHELTON | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : **Civil Action No. 07-933 ( CKK)** |
| | : |
| MAYA ANGELOU PUBLIC CHARTER SCHOOL | : |
| | : |
| Defendant. | : |
| _____ | : |

**<u>ORDER</u>**

Upon consideration of the Defendant's Motion to Consolidate, it is hereby

**ORDERED**

    1.    Defendant's Motion to Consolidate is **GRANTED**;

    2.    Civil actions numbered 07-933(CKK) and 07-942(RCL) are hereby consolidated;

    3.    All future pleadings related to 07-942(RCL) shall be filed under 07-933(CKK).

_____                  _____
Date                                                               COLLEEN KOLLAR-KOTELLY
                                                                                            United States District Judge