IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DERRICK SHELTON,** </br> Plaintiff | ) </br> ) </br> ) </br> ) |
| v. | ) Civil Action No. 07-cv-933(CKK) </br> ) |
| **MAYA ANGELOU PUBLIC CHARTER** </br> **SCHOOL,** *et al.*, | ) </br> ) </br> ) |
| Defendants | ) </br> ) |

## JOINT RULE 16.3 REPORT

COME NOW the parties, by their respective counsel and pursuant to Local Rule 16, file the Joint 16.3 Report. The counsel for the parties conferred via e-mail and consistent with the said conferences, the parties respectfully submit the following:

I. **Statement of the case**

Plaintiff is seeking a determination regarding the alleged failure of the Defendant to comply with a Hearing Officer's Determination ("HOD") which required the Defendant to convene a MDT meeting to, among other things, develop a functional behavioral assessment and develop a behavioral intervention plan, and revise the student's IEP as appropriate. The Defendant has appealed the HOD and the case is docketed as civil action number 07-942 (RCL). There is currently a Motion to Consolidate both cases pending before this court.

II. **Matters discussed by the Parties Pursuant to Local Rule 16.3(c)**

    1.    Based on the information available, the parties believe that this case can be decided by dispositive motion.

    2.    The parties do not anticipate the need for joining parties or amending the

pleadings. At this time, the parties do not believe that the factual and legal issues can be agreed upon or narrowed.

3. The parties do not believe that this matter should be assigned to a magistrate judge.

4. The parties will discuss settlement, but do not believe that a settlement is possible at this time.

5. The parties do not believe that ADR will be beneficial in this case.

6. This case can be decided by dispositive motion and the parties propose the following schedule:

   a. The Defendant will provide the administrative record by September 3, 2007[1].

   b. The Plaintiff will file its Motion for Summary Judgment on or before October 1, 2007.

   c. The Defendant will file their Cross Motion for Summary Judgment and its Opposition on or before October 30, 2007.

   d. The Plaintiffs will file their Opposition and Reply on or before November 15, 2007.

   e. Defendants will file their Reply on or before November 30, 2007.

7. The parties believe that they are exempt from the requirements of Rule

---

[1] The Defendant has requested that the District of Columbia Public Schools Student Hearing Office ("SHO") prepare a copy of the administrative record and transcript of the proceedings. The Defendant has been experiencing significant delays in receiving the administrative record and transcripts from the SHO in other cases. The parties agree that if the SHO has not prepared and provided the administrative record and transcript to the Defendant by August 29, 2007, the Defendant will notify the Plaintiff and this Court that the time lines may need to be extended.

2

26(a)(1) because this case is an action for review on an administrative record.

8. The parties do not believe that discovery will be necessary.

9. The parties do not believe that there will be a need for expert witnesses.

10. The instant case is not a class action.

11. There is no need to bifurcate discovery or trial.

12. There is no need for a pretrial conference at this time.

13. At this point, there is no need to set a trial date.

14. The parties are not aware of any other matters that require inclusion in a scheduling order.

Dated this 10 th day of August 2007.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Roxanne D. Neloms [478157] | Paul S. Dalton [439118] |
| James E. Brown & Associates, PLLC | Dalton & Dalton, PC |
| 1220 L Street, N. W., Suite 700 | 1008 Pendleton Street |
| Washington, D.C. 20005 | Alexandria, VA 22314 |
| 202.742.2000 | 703.739.4300 (ph) |
| **Attorney for Plaintiffs** | 703.739.2323 (fax) |
| | **Attorney for Defendants** |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DERRICK SHELTON,** )<br>    **Plaintiff** )<br> )<br> )<br>    v.    )<br> )<br>**MAYA ANGELOU PUBLIC CHARTER** )<br>**SCHOOL,** *et al.*,    )<br> )<br>    **Defendants** )<br>_____) | Civil Action No. 07-cv-933(CKK) |

## ORDER

This Court, having considered the requests of the Parties, issues the following Order. It is hereby

ORDERED that the Parties shall comply with the following directives:

1. The Defendant will provide the administrative record by September 3, 2007.

2. The Plaintiffs will file their Motion for Summary Judgment on or before October 1, 2007.

3. The Defendants will file their Cross Motion for Summary Judgment and their Opposition on or before October 30, 2007.

4. The Plaintiffs will file their Opposition and Reply on or before November 15, 2007.

5. The Defendants will file their Reply on or before November 30, 2007.

SO ORDERED.

_____
Colleen Kollar-Kotelly
United States District Judge