UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERRICK SHELTON     :<br>                         :<br>    Plaintiff        :<br>                         :<br>    v.               :   Civil Action No. 07-933 ( CKK)<br>                         :<br> MAYA ANGELOU PUBLIC    :<br>    CHARTER SCHOOL       :<br>                         :<br>    Defendant.       :<br> _____  : | |

**PRAECIPE**

COMES NOW, the Defendant, by and through counsel, and hereby files this Praecipe to keep the Court informed of the status of the administrative record.

On July 16, 2007, the Defendant requested that the District of Columbia Public Schools Student Hearing Office ("SHO") prepare a copy of the administrative record and transcript of the proceedings. By August 23, 2007, the Defendant had received a copy of the transcript, but not the administrative record, and thus sent in a second request for the administrative record to the SHO. Counsel for the Defendant called the SHO to find out the status of the administrative record. As of the filing of this Praecipe, the SHO had not returned the phone call.

Pursuant to the Court's Minute Order issued on August 21, 2007, the Defendant is to file the administrative record by September 3, 2007. Due to the delay in getting the administrative record from the SHO, the Defendant is not certain that it will have the administrative record and be able to file it by September 3, 2007. The Defendant is hopeful that since the transcript was prepared and ready, the administrative record will be available shortly. The Defendant informed the Plaintiff of this delay, and the Plaintiff did not oppose filing this Praecipe.

At this time, the parties are not seeking an extension of the briefing schedule, because if the administrative record is available relatively soon, the Plaintiff will still have plenty of time to file its Motion for Summary Judgment on October 1, 2007. If by September 15, 2007, the SHO has still not provided the administrative record to the Defendant, the parties will move for an extension of the briefing schedule.

DATE:	August 30, 2007				Respectfully submitted,


					_____/s/_____
					Paul S. Dalton, Esq
					D.C. Bar No. 439118
					Dalton, Dalton, & Houston, P.C.
					1008 Pendleton Street
					Alexandria, Virginia 22314
					(703) 739-4300 (ph)
					(703) 739-2323 (fax)