UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERRICK SHELTON | : |
| | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : Civil Action No.  07-933 (CKK) |
| | : |
| MAYA ANGELOU PUBLIC CHARTER SCHOOL | : |
| | : |
| Defendant. | : |
| | : |

**JOINT CONSENT MOTION TO EXTEND BRIEFING SCHEDULE**

COMES NOW, the Parties, by and through counsel, and hereby submit this Joint Consent Motion to Extend Briefing Schedule.  As previously reported to this Court, several attempts were made to obtain a copy of the Administrative Record from the District of Columbia Public Schools Student Hearing Office ("SHO") without success.  The Parties can now report that a copy of the said administrative record has just now been obtained.

Therefore the Parties, jointly request that the current briefing schedule be extended to reflect the following dates.  The administrative record shall be filed by the Defendant by October 15, 2007; the Plaintiff shall file his Motion for Summary Judgment on or before October 30, 2007; Defendant's shall file its Cross-Motion for Summary Judgment and its Opposition on or before November 30, 2007; the Plaintiff shall file his Opposition and Reply on or before December 15, 2007; and the Defendant shall file its Reply on December 30, 2007.
status of service of the complaint and summons on the Defendant.

DATE: October 1, 2007                     Respectfully submitted,

                                          /s/
                                          _____
                                          Paul S. Dalton, Esq.
                                          D.C. Bar No. 439118
                                          Dalton & Dalton, P.C.
                                          1008 Pendleton Street
                                          Alexandria, Virginia 22314
                                          (703) 739-4300
                                          (703) 739-2323 (F)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically on this 1st day of October, 2007.

___/s/_____
Paul S. Dalton, Esq.
Counsel for the Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DERRICK SHELTON**             :
                                :
                                :
    **Plaintiff**                :
                                :
        v.                       :   Civil Action No.  07-933 (CKK)
                                :
**MAYA ANGELOU PUBLIC**         :
   **CHARTER SCHOOL**           :
                                :
    **Defendant.**              :
_____     :


**ORDER**

_____On October 1, 2007, the Parties submitted a Joint Consent Motion to Extend Briefing Schedule and proposed a set of dates for the filing of various motions and replies to said motions.  Based on the requests of the Parties;

It is hereby ORDERED that the administrative record shall be filed by the Defendant by October 15, 2007; the Plaintiff shall file his Motion for Summary Judgment on or before October 30, 2007; Defendant's shall file its Cross-Motion for Summary Judgment and its Opposition on or before November 30, 2007; the Plaintiff shall file his Opposition and Reply on or before December 15, 2007; and the Defendant shall file its Reply on December 30, 2007.

SO ORDERED.

Signed by United States District Judge Colleen Kollar-Kotelly on October    , 2007.