IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DERRICK SHELTON,** )<br>     **Plaintiff** )<br> )<br> )<br>          v.          )<br> )<br>**MAYA ANGELOU PUBLIC CHARTER** )<br>**SCHOOL,** *et al.*, )<br> )<br>     **Defendants** )<br>_____) | Civil Action No. 07-cv-933(CKK) |

### JOINT CONSENT MOTION TO AMEND BRIEFING SCHEDULE

COME NOW the parties, by their respective counsels, and hereby submit this Joint Consent Motion to Amend Briefing Schedule. As previously submitted to the Court, through a Joint Consent Motion to Extend Briefing Schedule, the Parties requested that the previous briefing schedule be extended. However, based on a review of the initial Joint 16.3 Report, an error was made with respect to the briefing dates. Thus, the Parties are jointly requesting that the current briefing schedule be amended to reflect the following dates:

a.     The *Defendants* will provide the administrative record by *October 15, 2007.*

b.     The *Plaintiffs* will file their Motion for Summary Judgment on or before *November 15, 2007.*

c.     The *Defendants* will file their Cross Motion for Summary Judgment and its Opposition on or before *December 15, 2007.*

d.     The *Plaintiffs* will file their Opposition and Reply on or before **December 30, 2007.**

e.     The *Defendants* will file their Reply on or before *January 15, 2007.*

1

Dated this 12th day of October 2007.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Roxanne D. Neloms [478157] | Paul S. Dalton [439118] |
| James E. Brown & Associates, PLLC | Dalton & Dalton, PC |
| 1220 L Street, N. W., Suite 700 | 1008 Pendleton Street |
| Washington, D.C. 20005 | Alexandria, VA 22314 |
| 202.742.2000 | 703.739.4300 (ph) |
| **Attorney for Plaintiffs** | 703.739.2323 (fax) |
| | **Attorney for Defendants** |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DERRICK SHELTON,** | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) **Civil Action No. 07-cv-933(CKK)** |
| | ) |
| **MAYA ANGELOU PUBLIC CHARTER** | ) |
| **SCHOOL,** *et al.*, | ) |
| | ) |
| **Defendants** | ) |

## **ORDER**

This Court, having considered the requests of the Parties, issues the following Order. It is hereby

ORDERED that the Parties shall comply with the following directives:

1. The Defendant will provide the administrative record by September 3, 2007.

2. The Plaintiffs will file their Motion for Summary Judgment on or before October 1, 2007.

3. The Defendants will file their Cross Motion for Summary Judgment and their Opposition on or before October 30, 2007.

4. The Plaintiffs will file their Opposition and Reply on or before November 15, 2007.

5. The Defendants will file their Reply on or before November 30, 2007.

SO ORDERED.

_____
Colleen Kollar-Kotelly
United States District Judge