UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERRICK SHELTON,<br><br>  Plaintiff,<br><br>  v.<br><br>MAYA ANGELOU PUBLIC CHARTER SCHOOL,<br><br>  Defendant. | Civil Action No. 07-933 (CKK) |

**ORDER**
(October 23, 2007)

Before the Court is Defendant's [12] Motion to Consolidate the instant case with *Maya Angelou Public Charter School v. Shelton*, Civ. A. No. 07-942 (RCL), a case that appears to have been dismissed without prejudice on October 22, 2007. Accordingly, it is this 23rd day of October, 2007, hereby

**ORDERED** that Defendant's Motion to Consolidate the case of *Shelton v. Maya Angelou Public Charter School*, Civ. A. No. 07-933, with *Maya Angelou Public Charter School v. Shelton*, Civ. A. No. 07-942, is DENIED as MOOT.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　 /s/
　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge